IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN A. SMITH, | ) | |
|     Petitioner, | ) | |
| | ) | 2:17cv1476 |
| vs. | ) | Electronic Filing |
| | ) | |
| THE STATE OF OHIO, | ) | |
|     Respondent. | ) | |

### O R D E R

AND NOW, this 22nd day of December, 2017, after the petitioner, John A. Smith, filed a petition for a writ of habeas corpus, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the petitioner a period of time after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the petitioner, and upon independent review of the petition and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 7), which is adopted as the opinion of this Court,

IT IS ORDERED that the petition for a writ of habeas corpus filed by petitioner (ECF No. 6) is transferred forthwith to the United States District Court for the Northern District of Ohio, Eastern Division, pursuant to 28 U.S.C. § 1404(a).

                                              s/ DAVID STEWART CERCONE
                                              David Stewart Cercone
                                              Senior United States District Judge

cc:    John A. Smith
        54878-060
        U.S. Penitentiary Canaan
        P.O. Box 300
        Waymart, PA 18472
        (*Via First Class Mail*)